IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JACQUELINE RHODES,<br>　　　　Plaintiff,<br>　v.<br>MUNICIPAL EMERGENCY SERVICES, INC. and ERIC A. JOHNSON,<br>　　　　Defendants. | C.A. No. 3:13-cv-00109-MOC-DSC |

**ORDER**

**UPON CONSIDERATION** of the consent Motion for an order to the North Carolina Division of Employment Security to produce any and all documents relating to any North Carolina Division of Employment Security benefits Eric A. Johnson received from the North Carolina Division of Employment Security following his leaving the employment of Municipal Emergency Services, Inc. in mid-August of 2011, filed by Plaintiff Jacqueline Rhodes, and for good cause shown, such Motion is **GRANTED.**

It is hereby **ORDERED** that the North Carolina Division of Employment Security shall produce to counsel for Plaintiff Jacqueline Rhodes, and counsel for Defendant Municipal Emergency Services, Inc., any and all documents relating to any North Carolina Division of Employment Security benefits Eric A. Johnson received from the North Carolina Division of Employment Security relating to his Municipal Emergency Services, Inc.'s employment, following his leaving the employment of Municipal Emergency Services, Inc. in mid-August of 2011.

_____
David S. Cayer
United States Magistrate Judge