IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JACQUELINE RHODES,<br>       Plaintiff,<br>v.<br>MUNICIPAL EMERGENCY SERVICES, INC. and ERIC A. JOHNSON,<br>       Defendants. | No. 3:13-cv-00109-MOC-DSC |

**CONSENT ORDER**

Defendant Municipal Emergency Services, Inc. (MES) had previously scheduled a Rule 35 Independent Medical Examination (IME) of Plaintiff Jacqueline Rhodes for the latter part of December. That IME was the subject of a previous Order by this Court. The parties have filed a Consent Motion with the Court, indicating that a health care provider for Ms. Rhodes has placed before the parties a recommendation that the scheduled IME be postponed. After review of that medical information, the parties have agreed that such a postponement is necessary.

Because of the holiday season and the schedule of MES' IME physician, the parties have proposed to the Court that the time allowed for MES to have its IME of Plaintiff Jacqueline Rhodes be extended up to and including January 27, 2014. After a review of the Consent Motion filed by the parties, it is SO ORDERED that MES be allowed up to and including January 27, 2014, for its IME physician to complete her examination of Plaintiff Jacqueline Rhodes.

**SO ORDERED.**

Signed: December 20, 2013

_____
David S. Cayer
United States Magistrate Judge

1