# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JACQUELINE RHODES,<br>    Plaintiff,<br>v.<br>MUNICIPAL EMERGENCY SERVICES, INC. and ERIC A. JOHNSON,<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 3:13-cv-00109-MOC-DSC<br>)<br>)<br>) |

## ORDER

**THIS MATTER** is before the Court following its January 28, 2014 "Order" (document #66). In that Order, the Court ordered Defendants to pay Plaintiff the reasonable expenses incurred in obtaining that Order, including attorneys' fees, and directed that such amount would be determined by the Court after reviewing an affidavit submitted by Plaintiff's counsel. The "Plaintiff's … Submission of Fees and Costs [with accompanying Affidavits]" (document #70) was filed on February 4, 2014. The Court has carefully examined the Submission and Affidavits and <u>orders</u> that reasonable attorneys' fees and costs be allowed in the amount of $1,500.00.

**NOW IT IS HEREBY ORDERED** that:

1. On or before February 20, 2014, Defendant shall pay directly to Plaintiff's counsel the sum of $1,500.00 representing the reasonable attorneys' fees and costs incurred in filing Plaintiff's "Motion to Compel the Production of Electronic Devices for Forensic Examination" (document #59).

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: February 5, 2014

_____
David S. Cayer
United States Magistrate Judge