UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00109-MOC-DSC

| | |
|---|---|
| **JACQUELINE RHODES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ERIC A. JOHNSON, et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Oral Argument. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Oral Argument (#96) is GRANTED, and defendants' Motion for Summary Judgment (#79), Motion to Strike Plaintiff's Exhibits 20 and 21 (#93), and Motion to Strike Written Report of Dr. William Anthony (#94) are calendared for hearing May 14, 2014, at 4 p.m.

Signed: April 11, 2014

Max O. Cogburn Jr.
United States District Judge