# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Jacqueline Rhodes, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13cv109 |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric A. Johnson; and Municipal Emergency Services, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Defendant MES and against plaintiff providing that plaintiff have and take nothing of Defendant MES and plaintiff's claims against such defendant are DISMISSED WITH PREJUDICE. The claims asserted by plaintiff against Defendant Johnson are DISMSSED WITHOUT PREJUDICE for lack of joinder of such defendant or the claims asserted against him.

Signed: June 5, 2014

Frank G. Johns, Clerk
United States District Court